IN THE UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                            CHAPTER 13 NO.:

SAMUEL M. BROTHERS and
LORA BROTHERS                                                10-10518-NPO

## O R D E R

THIS CAUSE came on for hearing on the Trustee's Motion to Modify; after notice and opportunity for hearing and the Court being fully advised in the premises does hereby find that no response has been timely filed.

IT THEREFORE ORDERED AND ADJUDGED that Trustee's Motion to Modify, which was served on or about the 1st day of October 2010, is well taken and is hereby sustained.

SO ORDERED

SUBMITTED BY:

/s/ W. Jeffrey Collier
ATTORNEYS FOR TRUSTEE
W. Jeffrey Collier (MSB 10645)
G. Adam Sanford (MSB 103482)
817 E. River Place
Post Office Box 55829
Jackson, Miss.  39296
(601) 355-6661
ssmith@barkley13.com